JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTIN JONES, on behalf of themselves, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br>RAISING CANE'S RESTAURANTS, LLC, a Louisiana limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-04493 WLH (PVCx)<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION [10]** |

On June 10, 2025, the Parties filed a Stipulation for Binding Arbitration (the "Stipulation").  The Court, having considered the Stipulation and finding good cause therefor based on the Parties' recitals, hereby GRANTS the Stipulation and ORDERS as follows

1. Plaintiff shall arbitrate the claims alleged in this action on an individual basis pursuant to the terms of the Arbitration Agreement;

2. Plaintiff's putative class claims are dismissed without prejudice; and

3. This action is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: 6/16/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE